UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRAVIS JACKSON, KENNETH GILMORE,

                Plaintiffs,

-against-

GEORGE PATAKI, Governor of the State of
New York; ROBERT DENNISON, Chairman
of the New York State Division of Parole;
VANESSA CLARKE; MARIETTA GAILORE;
WILLIAM WALTER SMITH, JR; VERNON
MANLEY; PATRICIA TAPPAN; DEBRA J.
LOOMIS; ROSLYN BLOCK; GEORGE
JOHNSON; WILLIAM CROWE; EDWARD
MEVEC; GINNO NITTI; THOMAS GRANT;
LIVIO LAZZARI; JOHN CAPACCI; IRENE
PLATT; and GLENN GOORD, Commissioner
for the New York State Department of
Correctional Services,

                Defendants.
------------------------------------------------------------------x

NOT FOR PUBLICATION
MEMORANDUM &
ORDER
05-CV-4187 (CBA)

AMON, United States District Judge:

Travis Jackson and Kenneth Gilmore, who are African-American, filed this action

alleging that they were denied parole pursuant to the New York State Division of Parole's policy

of denying parole to African-American and Latino prisoners on the basis of their race.  On

January 20, 2006, the Court denied all of the plaintiffs' claims except for their racial

discrimination claims, which they brought under 42 U.S.C. § 1983.  On March 27, 2007, the

Court dismissed the plaintiff's section 1983 claims against several of the named defendants.

Finally, on July 31, 2009, the Court granted the remaining defendants' motion for summary

judgment with respect to the plaintiffs' claims for damages and declaratory relief, holding that

Heck v. Humphrey, 512 U.S. 477 (1994), barred the section 1983 claims.  (ECF No. 102.)  The

Court also granted the defendants' motion for summary judgment with respect to the plaintiffs'

claims for prospective injunctive relief, but it permitted Jackson 30 days to refile so that he

could, if he were able to, plead facts supporting his allegation that the offices of the Parole

Chairman and Commissioners and the governor maintained an ongoing policy of

unconstitutionally denying parole to African-American and Latino prisoners.  (Id. at 19.)

Jackson never refiled.  Instead, he filed a notice of appeal on August 7, 2009.  (ECF No.

103.)  On March 8, 2010, the U.S. Court of Appeals for the Second Circuit dismissed Jackson's

appeal because it lacked an arguable basis in law or fact.  (ECF No. 109.)  The mandate issued

on April 1, 2010.  (Id.)  Jackson has not filed an amended complaint, or any other papers, with

this Court since the mandate issued.

In the light of the foregoing, the Court enters judgment against Jackson on his remaining

claim for prospective injunctive relief.  The Clerk of the Court is directed to close this case.

SO ORDERED.


Dated: Brooklyn, New York
        September _____, 2010


                                                            S/ Hon. Carol Bagley Amon
                                                             Hon. Carol Bagley Amon
                                                            United States District Judge